# Exhibit B

## Declaration of Steven Strobel



# INVOICE

**Strobel Construction UNLIMITED, INC.**

106 S. Green Street   P.O. Box 187
Clarks, NE 68628
Ph: (308) 548-2264   Fax: (308) 548-2164

LOVE'S COUNTRY STORES, INC.
ATTN.: ACCOUNTS PAYABLE
P.O. BOX 26210
OKLAHOMA CITY, OK 73126

Date: 3/8/02
Invoice No.: 3081

| Qty. | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | PROVIDE LABOR AND MATERIALS FOR FABRICATION OF BULK FUEL UNLOADING TRAILER PER DECEMBER 27, 2001 PROPOSAL (F.O.B. AMARILLO, TX) | $ 22,733.00 | $ 22,733.00 |
| | Sub-Total | | $ 22,733.00 |
| | Freight | | Included |
| | 5% Sales Tax | | $ 1,136.65 |
| | TOTAL | | $ 23,869.65 |

NO STATEMENT ISSUED, PLEASE PAY FROM THIS INVOICE.
TERMS: Invoice Due Upon Receipt. 18% Per Annum Service Charge on Overdue Accounts.

THANK YOU! WE APPRECIATE YOUR BUSINESS!

Pd 4-9-02
#17196

| BILL OF SALE | |
|---|---|
| State of Nebraska<br>County of Merrick | $23,869.65 |

March 8, 2002

In Consideration of the sum of $23,869.65 paid by cash, the receipt of which consideration is acknowledged, Strobel Construction Unlimited, Inc. (the 'Seller') of 106 South Green Street, Clarks, Nebraska, 68628 **SELLS AND DELIVERS** to Musket Corporation (the 'Purchaser') of 10601 North Pennsylvania, Oklahoma City, Oklahoma, 73120 the following equipment;

2002 Cargo Mate Utility Trailer
Model No. CM58SA
VIN No. 4X4TSE2122N033348


*Belinda R. Strobel*
Belinda R. Strobel
Strobel Construction Unlimited, Inc.


**SIGNED, SEALED AND DELIVERED**
this _3rd_ day of _June_, 2004
In the presence of:

*Gloria Evers*
A NOTARY PUBLIC IN AND FOR THE
State of Nebraska
County of Merrick

GENERAL NOTARY - State of Nebraska
GLORIA J. EVERS
My Comm. Exp. July 22, 2008