# Exhibit C

## Declaration of Steven Strobel

## Musket Corporation
10601 North Pennsylvania
PO Box 26210
Oklahoma City OK, 73126

CHECK NUMBER: 51419

| INVOICE NUMBER | INVOICE DATE | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| 3081 | 3/08/2002 | 23,869.65 | .00 | 23,869.65 |
| CHECK TOTALS | | 23,869.65 | .00 | 23,869.65 |

---

## Musket Corporation
10601 North Pennsylvania
PO Box 26210
Oklahoma City OK 73120

66-1644/441

4/03/2002          51419

$******23,869.65

Twenty-Three Thousand Eight Hundred
Sixty-Nine and 65/100 Dollars

Pay To
The
Order Of   STROBEL CONSTRUCTION UNLIMITED
           PO BOX 187
           CLARKS NE 68628

BANK ONE, NA
Circleville, OH

NOT TO EXCEED $5000.00 UNLESS COUNTERSIGNED.

⑆051419⑆ ⑈044115443⑈ 621581198⑈