# Exhibit E

# Declaration of Steven Strobel



# INVOICE

**Strobel Construction UNLIMITED, INC.**
106 S. Green Street   P.O. Box 187
Clarks, NE 68628
Ph: (308) 548-2264   Fax: (308) 548-2164

MUSKET CORPORATION
ATTN.: JOSH EDGE
P.O. BOX 26210
OKLAHOMA CITY, OK 73126

DATE: 12-31-08
INVOICE NO.: 8999-862
REVISED

| QTY. | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
|  | DELUXE FUEL TRANSLOAD TRAILER NO. 862 |  |  |
|  | SCUI SERIAL NO. 8999-862 |  |  |
|  | VIN NO. 9250721269862 |  |  |
| 1 | DELUXE OFFICE TRAILER | $ 53,000.00 | $ 53,000.00 |
| 1 | AIR COMPRESSOR - INSTALLED | $ 250.00 | $ 250.00 |
| 1 | TOP TECH SMP | $ 3,500.00 | $ 3,500.00 |
| 1 | LABOR FOR TOP TECH RETRO | $ 2,500.00 | $ 2,500.00 |
|  | *Please note: Original Invoice did not include Top Tech retro.* |  |  |
|  | THIS TRAILER HAS NOT BEEN ASSIGNED A LOCATION. FREIGHT WILL BE INVOICED UPON DELIVERY. |  |  |

| | |
|---|---|
| Sub-Total | $ 59,250.00 |
| Freight | $ - |
| Sales Tax | $ - |
| **TOTAL** | **$ 59,250.00** |

NO STATEMENT WILL BE ISSUED, PLEASE PAY FROM THIS INVOICE.
TERMS: Invoice Due Upon Receipt.  18% Per Annum Service Charge on Overdue Accounts.

THANK YOU.  WE SINCERELY APPRECIATE YOUR BUSINESS!